# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MARIA RODRIGUEZ,

      Plaintiff,

v.                                          Case No. 6:23-cv-1365-JRK

MARTIN J. O'MALLEY,
Commissioner of Social Security,

      Defendant.
_____/

## O R D E R[1]

This cause is before the Court on Defendant's Unopposed Motion for Entry of Judgment With Remand (Doc. No. 35; "Motion"), filed February 5, 2024, that seeks to have this matter reversed and remanded to the Social Security Administration for further administrative proceedings. Motion at 1-2. Plaintiff has no objection to the Motion, see id. at 2, and such a disposition is clearly within the Court's authority, see Shalala v. Schaefer, 509 U.S. 292 (1993). Accordingly, it is

**ORDERED:**

1. Defendant's Unopposed Motion for Entry of Judgment With Remand (Doc. No. 35) is **GRANTED**.

---

[1] The parties consented to the exercise of jurisdiction by a United States Magistrate Judge. See Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Doc. No. 19), filed September 11, 2023; Reference Order (Doc. No. 20), signed September 13, 2023 and entered September 15, 2023.

2. The Clerk of Court is directed to enter judgment **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. § 405(g) with the following instructions:

> On remand, the Administrative Law Judge will be instructed to consider the medical opinions and prior administrative medical findings; further assess [Plaintiff's] residual functional capacity; obtain supplemental vocational expert evidence; offer [Plaintiff] an opportunity for a hearing; address the additional evidence [Plaintiff] submitted to the Appeals Council; take any additional action necessary to complete the administrative record; and issue a new decision.

3. The Clerk is further directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida on February 9, 2024.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies:
Counsel of Record